**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: November 20, 2019**

Beth A. Buchanan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| In Re | )  |
|  | ) Case No. 18-13108 |
| STEVEN EDWARD SCHUHOLZ | ) Chapter 7 |
|  | ) Judge Buchanan |
| Debtor | ) |
|  | ) |
|  | ) |
| JAMES UREN | ) Adv. Proc. 18-1071 |
|  | ) |
| JOSEPHINE KHOO-SMITH | ) |
|  | ) |
| Plaintiffs | ) |
| v. | ) |
|  | ) |
| STEVEN EDWARD SCHUHOLZ | ) |
|  | ) |
| Defendant | ) |

**ORDER SETTING PRELIMINARY PRETRIAL CONFERENCE**

This matter is before this Court on Plaintiffs' *Complaint to Determine Dischargeability of Debt* [Docket Number 1] and Plaintiff's *Amended Complaint to Determine Dischargeability of Debt*, [Docket Number 4] and Defendant-Debtor Steven Edward Schuholz's *Answer* [Docket Number 7].

This matter is set for **preliminary pretrial conference** to be conducted by the Honorable Beth A. Buchanan, United States Bankruptcy Judge, at the United States Bankruptcy Court, Atrium Two Building, Suite 814, Courtroom 1, 221 East Fourth Street, Cincinnati, Ohio on **January 16, 2020 at 3:15 p.m.**

Should counsel fail to appear at this preliminary pretrial conference or comply with the provisions set forth above, this Court may take such action as provided by law, including granting or denying the requested relief or imposition of sanctions pursuant to LBR 9011-3.

SO ORDERED.

**No unauthorized cellular phones, cameras, recording devices, weapons, pagers or other portable electronic devices are permitted on the Court's premises.**

Distribution List:

    Brian P. O'Connor, Esq.
    Jeffrey M. Nye, Esq.
    Paul T. Saba, Esq.