This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: July 21, 2020**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **In Re** | ) | |
| | ) | |
| **STEVEN EDWARD SCHUHOLZ** | ) | Case No. 18-13108 |
| | ) | Chapter 7 |
| | ) | Judge Buchanan |
| **Debtor** | ) | |
| | ) | |
| | ) | |
| **JAMES UREN**, *et al*, | ) | Adversary Case No. 18-1071 |
| | ) | |
| **Plaintiff(s)** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **STEVEN EDWARD SCHUHOLZ** | ) | |
| | ) | |
| **Defendant(s)** | ) | |
| | ) | |

**ORDER VACATING TRIAL DATE**

This matter is before this Court on the *Scheduling Order* [Docket Number 21] (the "Scheduling Order"). Pursuant to the Scheduling Order, a trial date was set for July 28, 2020 (the "Trial Date").

A telephonic pretrial conference was held on July 16, 2020 (the "<u>Pretrial Conference</u>"). At the Pretrial Conference, the parties indicated that they have reached a tentative resolution of the matter and would be filing a joint motion to compromise.

Accordingly, the Trial Date is hereby VACATED.

Further, the parties shall **file a joint motion to compromise within 30 days** from the entry date of this Order.

SO ORDERED.

Distribution List:

    Brian Patrick O'Connor, Esq.
    Jefferey M. Nye, Esq.
    Paul T. Saba, Esq.