**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: July 21, 2020**

Beth A. Buchanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **In Re** | ) | |
| | ) | |
| **STEVEN EDWARD SCHUHOLZ** | ) | Case No. 18-13108 |
| | ) | Chapter 7 |
| | ) | Judge Buchanan |
| Debtor | ) | |
| | ) | |
| **JAMES UREN**, *et al,* | ) | Adversary Case No. 18-1071 |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **STEVEN EDWARD SCHUHOLZ** | ) | |
| | ) | |
| Defendant(s) | ) | |

**ORDER VACATING TRIAL DATE**

This matter is before this Court on the *Scheduling Order* [Docket Number 21] (the "Scheduling Order"). Pursuant to the Scheduling Order, a trial date was set for July 28, 2020 (the "Trial Date").

A telephonic pretrial conference was held on July 16, 2020 (the "Pretrial Conference"). At the Pretrial Conference, the parties indicated that they have reached a tentative resolution of the matter and would be filing a joint motion to compromise.

Accordingly, the Trial Date is hereby VACATED.

Further, the parties shall **file a joint motion to compromise within 30 days** from the entry date of this Order.

SO ORDERED.

Distribution List:

    Brian Patrick O'Connor, Esq.
    Jefferey M. Nye, Esq.
    Paul T. Saba, Esq.

```
                              United States Bankruptcy Court
                              Southern District of Ohio
Uren,
        Plaintiff                                                Adv. Proc. No. 18-01071-bab
Schuholz,
        Defendant
                              CERTIFICATE OF NOTICE
District/off: 0648-1          User: williamt          Page 1 of 1          Date Rcvd: Jul 22, 2020
                              Form ID: pdf01          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion09.ci.ecf@usdoj.gov Jul 22 2020 20:39:15     Asst US Trustee (Cin),
                 Office of the US Trustee,   J.W. Peck Federal Building,   550 Main Street, Suite 4-812,
                 Cincinnati, OH 45202-5212
                                                                                           TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2020 at the address(es) listed below:
              Brian Patrick O'Connor    on behalf of Plaintiff Josephine  Khoo-Smith bpo@santen-hughes.com,
                sla@santen-hughes.com
              Brian Patrick O'Connor    on behalf of Plaintiff James  Uren bpo@santen-hughes.com,
                sla@santen-hughes.com
              Jeffrey M. Nye   on behalf of Defendant Steven Edward Schuholz jmn@sspfirm.com,  cmw@sspfirm.com
              Paul T Saba   on behalf of Defendant Steven Edward Schuholz pts@sspfirm.com,
                eak@sspfirm.com;cmw@sspfirm.com
                                                                                           TOTAL: 4
```