**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: September 10, 2020**

Beth A. Buchanan
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **In Re** | |
| **STEVEN EDWARD SCHUHOLZ** | Case No. 18-13108 |
| | Chapter 7 |
| | Judge Buchanan |
| Debtor | |
| **JAMES UREN**, *et al*, | Adversary Case No. 18-1071 |
| Plaintiff(s) | |
| v. | |
| **STEVEN EDWARD SCHUHOLZ** | |
| Defendant(s) | |

## ORDER SETTING STATUS CONFERENCE

This matter is before this Court on the *Joint Motion For Entry of an Order Approving Settlement of Adversary Proceeding Between Steven Schuholz and All Class Members in the Class Action in Hamilton County, Ohio Court of Common Pleas Case A1406892* [Docket Number 27].

This matter is set for **status conference** on **September 17, 2020 at 3:00 p.m.** before the Honorable Beth A. Buchanan.

Given the concerns surrounding COVID-19 (Coronavirus), **this status conference will be conducted telephonically**.  Please refer to the instructions for telephonic attendance of the hearing, including a call in number and access code (free of cost), in Judge Buchanan's *Instructions for Attendance of Telephonic Hearings* located on the Bankruptcy Court's website at:  www.ohsb.uscourts.gov  under the Judges' Information / Judge Beth A. Buchanan / Policies and Procedures tab**.**

If you cannot access the instructions located on the website, please contact Judge Buchanan's Courtroom Deputy, Heather Gilliam, by telephone at (513) 684-2468 or by email at Heather_Gilliam@ohsb.uscourts.gov.

SO ORDERED.

**No unauthorized recording of Court proceedings is permitted.**


Distribution List:

Brian Patrick O'Connor, Esq.
Jefferey M. Nye, Esq.
Paul T. Saba, Esq.

```
                              United States Bankruptcy Court
                               Southern District of Ohio
Uren,
        Plaintiff                                              Adv. Proc. No. 18-01071-bab
Schuholz,
        Defendant
                              CERTIFICATE OF NOTICE
District/off: 0648-1          User: woyckec              Page 1 of 1              Date Rcvd: Sep 11, 2020
                              Form ID: pdf01             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust             +E-mail/Text: ustpregion09.ci.ecf@usdoj.gov Sep 11 2020 19:50:42      Asst US Trustee (Cin),
                 Office of the US Trustee,  J.W. Peck Federal Building,   550 Main Street, Suite 4-812,
                 Cincinnati, OH 45202-5212
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2020 at the address(es) listed below:
              Brian Patrick O'Connor    on behalf of Plaintiff Josephine  Khoo-Smith bpo@santen-hughes.com,
               sla@santen-hughes.com
              Brian Patrick O'Connor    on behalf of Plaintiff James  Uren bpo@santen-hughes.com,
               sla@santen-hughes.com
              Jeffrey M. Nye   on behalf of Defendant Steven Edward Schuholz jmn@sspfirm.com,  cmw@sspfirm.com
              Paul T Saba   on behalf of Defendant Steven Edward Schuholz pts@sspfirm.com,
               eak@sspfirm.com;cmw@sspfirm.com
                                                                                              TOTAL: 4