# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **In re:** | **Chapter 7** <br> **Case No. 1:18-bk-13108** |
| **Steven Edward Schuholz,** | **Judge Beth A. Buchanan** |
| *Debtor.* | |
| **James T. Uren & Josephine Khoo-Smith, et al.** | **ADV. PRO. NO. 1:18-ap-01071** |
| **Plaintiffs** | |
| **v.** | |
| **Steven Edward Schuholz,** | |
| **Defendant-Debtor.** | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2020, I served a copy of the Joint Motion for Entry of an Order Approving Settlement of Adversary Proceeding Between Debtor Steven Schuholz and all Class Members in the Class Action In Hamilton County, Ohio Court of Common Pleas Case A1406892, CM/ECF Docket No. 27, via First Class Mail, postage prepaid, upon all of the parties identified on the attached Bankruptcy Matrix.

The Class Member's Attorney was responsible for notifying all the Class Members and filing a certificate of mailing in the docket on this case as well as in the docket in the Class Action according to paragraph 13 of the Joint Motion (doc. 27) an they will be handling that service as well as the certificate of mailing.

On September 14, 2020, the Class Action Members' attorney filed the attached Certificate of Service in the Court of Common Pleas, Hamilton County, Ohio Class Action Case No. A1406892, attesting to sending out the attached notice to all Class Members.

          Respectfully submitted,

          */s/ Paul T. Saba*
          Paul T. Saba, Esq. (0063723)
          STAGNARO, SABA & PATTERSON CO., L.P.A.
          2623 Erie Avenue
          Cincinnati, Ohio 45208
          513.533.2703
          513.533.2713 (facsimile)
          paulsaba@sspfirm.com
          **Attorney for Debtor**