| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-1<br>Case 1:18-bk-13108<br>Southern District of Ohio<br>Cincinnati<br>Fri Sep 18 15:03:26 EDT 2020 | American Express<br>P O Box 297814<br>Fort Lauderdale FL 33329-7814 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Asst US Trustee (Cin)<br>Office of the US Trustee<br>J.W. Peck Federal Building<br>550 Main Street, Suite 4-812<br>Cincinnati, OH 45202-5212 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Emery Federal C.U.<br>7890 E Kemper Rd<br>Cincinnati OH 45249-1657 |
| Emery Federal Credit Union<br>7890 Kemper Road<br>Cincinnati, OH 45249-1657 | Robert A Goering<br>220 West Third Street<br>Cincinnati, OH 45202-3407 | Brandon Charles Hedrick<br>100 E Third Street<br>Suite 500<br>Dayton, OH 45402-0004 |
| Helen H. Anderson Revocable Trust Agreement<br>John A. Anderson, Trustee<br>11150 Maple Knoll Ter. #J204<br>Cincinnati, OH 45246-4342 | James T. Uren<br>c/o Santen & Hughes LPA<br>600 Vine Street #2700<br>Cincinnati OH 45202-2409 | Jared Levy<br>525 S Flagler Drive #200<br>West Palm Beach FL 33401-5932 |
| John Anderson<br>11150 Maple Knoll Terr #204<br>Cincinnati OH 45246-4152 | Josephine Khoo-Smith<br>c/o Santen & Hughes LPA<br>600 Vine Street #2700<br>Cincinnati OH 45202-2409 | Josephine Khoo-Smith<br>Santen & Hughes<br>600 Vine Street<br>Suite 2700<br>Cincinnati, OH 45202-2409 |
| Mainsource Bank<br>3723 Glenmore Ave<br>Cincinnati OH 45211-4720 | Brian Patrick O'Connor<br>SANTEN & HUGHES<br>600 Vine Street<br>Suite 2700<br>Cincinnati, OH 45202-2409 | PNC Bank<br>Western Loan Center<br>2730 Liberty Ave<br>Bankruptcy Dept<br>Pittsburgh PA 15222-4704 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Elliott Polaniecki<br>9000 Plainfield Road<br>Suite B<br>Cincinnati, OH 45236-1202 | Richard & Gail Thomas<br>c/o William Flax<br>414 Walnut Street #514<br>Cincinnati OH 45202-3906 |
| Rollin Hills Condo Assoc<br>c/o Towne Property<br>1055 St Paul Place<br>Cincinnati OH 45202-6042 | Santen & Hughes<br>600 Vine Street #2700<br>Cincinnati OH 45202-2409 | Steven Edward Schuholz<br>53 Evergreen Cir<br>Cincinnati, OH 45215-1374 |
| Schuholz Family Partnership<br>53 Evergreen Circle<br>Cincinnati OH 45215-1374 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank (Sam's Club)<br>Attention Bankruptcy Dept<br>PO Box 965060<br>Orlando FL 32896-5060 |
| Total Care & Repair LLC<br>53 Evergreen Circle<br>Cincinnati OH 45215-1374 | James Uren<br>Santen & Hughes<br>Santen & Hughes<br>600 Vine Street, Suite 2700<br>Cincinnati, OH 45202-2409 | William Flax<br>414 Walnut Street #514<br>Cincinnati OH 45202-3906 |